1

2

3

4

5                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
                               AT TACOMA

6

    JUN YANG,                              CASE NO. C20-1614 BHS
7
                        Petitioner,        ORDER ADOPTING REPORT
8          v.                              AND RECOMMENDATION

9   ICE FIELD OFFICE DIRECTOR,

10                      Respondent.

11

12          This matter comes before the Court on the Report and Recommendation ("R&R")

13  of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 11. The Court

14  having considered the R&R and the remaining record, and no objections having been

15  filed, does hereby find and order as follows:

16          (1)    The R&R is **ADOPTED**;

17          (2)    The Government's motion to supplement the pleadings and dismiss

18                 Petitioner's habeas petition as moot, Dkt. 9, is **GRANTED**;

19          (3)    The Government's motion to dismiss the petition, Dkt. 5, is **DENIED as**

20                 **moot**;

21

22

(4) Petitioner's petition for habeas corpus, Dkt. 1, is **DENIED** and

**DISMISSED with prejudice**; and

(5) This case is closed.

Dated this 24th day of May, 2021.


BENJAMIN H. SETTLE
United States District Judge